```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF MISSOURI
                              EASTERN DIVISION
```

MICHAEL BLOW,                        )
                                     )
            Movant,                  )
                                     )
      vs.                            )    No. 4:05CV2014-DJS
                                     )
UNITED STATES OF AMERICA,            )
                                     )
            Respondent.              )

### JUDGMENT

Pursuant to the memorandum entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this   23rd   day of March, 2006.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE